# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

KELLY O. ORGERON

VERSUS

EDWARD J. ORGERON, JR.

NO.  2020 CW 1155

CONSOLIDATED WITH

NO. 2020 CW 1158

**JANUARY 25, 2021**

---

In Re:    Kelly O. Orgeron and Edward J. Orgeron, Jr., applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 2020-11929.

---

**BEFORE:    GUIDRY, McCLENDON, AND LANIER, JJ.**

**WRIT GRANTED IN PART, DENIED IN PART.**  We reverse the portion of the October 14, 2020 judgment which transferred plaintiff's, Kelly O. Orgeron, claims for spousal support and partition of community property to the Family Court in East Baton Rouge.  Based on the showing made, we find the trial court erred in transferring plaintiff's action under La. Code Civ. P. art. 74.2(E) which, in pertinent part provides, that the trial court may transfer a proceeding for support for the convenience of the parties, witnesses and in the interest of justice. Moreover, this Article does not affect actions for partition of community property. Accordingly, the motion to transfer plaintiff's claims for spousal support and partition of community property is denied. The writ application is denied as to the portion of the trial court's October 14, 2020 judgment which denied the exception of lis pendens.

JMG
PMc
WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT